TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNTS 1 & 2: |
| | ) | POSSESSION OF CONTROLLED |
| vs. | ) | SUBSTANCES WITH INTENT TO |
| | ) | DISTRIBUTE |
| BRIAN K. BROWN, JR., | ) | Vio. of 21 U.S.C. §§ 841(a)(1) and |
| a/k/a "Breezy", | ) | (b)(1)(A) & (B) |
| | ) | |
| | ) | COUNT 3: |
| Defendant. | ) | POSSESSION OF FIREARMS IN |
| | ) | FURTHERANCE OF DRUG |
| | ) | TRAFFICKING |
| | ) | Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | |
| | ) | |
| _____ | ) | |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about March 30, 2005, the defendant, BRIAN K. BROWN, JR., a/k/a "Breezy", within the District of Alaska, did knowingly and intentionally possess with intent to distribute controlled substances, to wit: 50 grams or more of a mixture and substance containing cocaine base ("crack"), and a detectable amount of a mixture and substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT 2

On or about March 30, 2005, the defendant, BRIAN K. BROWN, JR., a/k/a "Breezy", at 1040 W. 27th Street, #410, in Anchorage, within the District of Alaska, did knowingly and intentionally possess with intent to distribute controlled substances, to wit: 5 grams or more of a mixture and substance containing cocaine base ("crack"), and a detectable amount of a mixture and substance containing a detectable amount of cocaine, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 3

On or about March 30, 2005, the defendant, BRIAN K. BROWN, JR., a/k/a "Breezy", within the District of Alaska, did knowingly and intentionally possess in furtherance of a drug trafficking crime, as described in Counts 1 and 2 of this indictment,

firearms, to wit: a Smith & Wesson .40 caliber semi-automatic pistol, serial # PBN0681; a Intratek TEK-9, 9 mm. semi-automatic pistol, serial # 124342; and a Taurus 9 mm. semi-automatic pistol, serial # TOF94912, all of which is in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64


s/ Timothy M. Burgess
TIMOTHY M. BURGESS
United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: tim.burgess@usdoj.gov


January 17, 2006
DATE