```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs <u>BRIAN K. BROWN, JR.</u>     CASE NO. <u>3:06-cr-00005-RRB-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          JOHN D. ROBERTS          </u>

DEPUTY CLERK/RECORDER: <u>          APRIL KARPER          </u>

UNITED STATES ATTORNEY: <u>          FRANK RUSSO          </u>

DEFENDANT'S ATTORNEY: <u>          KEVIN MCCOY - APPOINTED          </u>

U.S.P.O.: <u>          CHRIS LIEDIKE          </u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD JANUARY 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:07 a.m. court convened.

<u>X</u> Copy of Indictment given to defendant.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement of rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>Same as above.</u>     Age: <u>22</u>

<u>X</u> Federal Public Defender accepted appointment; FPD notified. FPD previously appointed in case 3:05-cr-00005-JWS.

<u>X</u> PLEAS: Not guilty to counts <u>1 thru 3 of the Indictment.</u>

<u>X</u> Defendant detained.

<u>X</u> Order of Detention Pending Trial **FILED.**

<u>X</u> Pretrial motions due **February 14, 2006**; Order for the Progression of a Criminal Case with Trial by Jury & Final Pretrial Date **FILED.**

<u>X</u> Counsel advised of trial date: **March 28, 2006 at 8:30 a.m.** before U.S. District Judge Ralph R. Beistline. Final Pretrial Conference set for **March 21, 2006 at 8:30 a.m.**

<u>X</u> OTHER: <u>Parties to meet and confer by the close of business on</u> **January 30, 2006.**

At 10:17 a.m. court adjourned.

DATE: <u>   January 25, 2006   </u>    DEPUTY CLERK'S INITIALS: <u>ak</u>