AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

JAN 3 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

BRIAN K. BROWN, JR.

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-CR-00005-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRIAN K. BROWN, JR.** and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
**21:841(a)(1) and (b)(1)(A) & (B) - POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE - COUNTS 1 & 2**

**18:924(c)(1)(A)(i) - POSSESSION OF FIREARMS IN FURTHERANCE OF DRUG TRAFFICKING - COUNT 3**

Ida Romack
Name of Issuing Officer

by [signature] Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

January 18, 2006, at Anchorage, Alaska
Date and Location

by Magistrate Judge John D. Robert

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: ACC-E

DATE RECEIVED: 1/19/06
DATE OF ARREST: 1/19/06

NAME AND TITLE OF ARRESTING OFFICER: John Olson DUSM

SIGNATURE OF ARRESTING OFFICER: [signature]