Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>Defendant. | NO. A06-0005 CR (RRB)<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

       Brian Brown intends to plead guilty to Count 3 of the indictment. There is no written plea agreement. However, the parties have one understanding. Mr. Brown agrees not to contest the relevant conduct allegations contained in Paragraph 44 of the presentence report already prepared in *United States v. Bryan Keith Brown, Jr.*, A05-0005 CR (JWS). In return for this concession, the government agrees to dismiss Counts 1 and 2 at sentencing in this matter. Mr. Brown asks that this matter be set on for a change of plea at a date and time convenient for the court and counsel.

Dated at Anchorage, Alaska this 3rd day of February 2005.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on February 3, 2006,
a copy of the *Notice of Intent to
Change Plea* was served electronically
on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy