Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>    Defendant. | NO. A06-0005 CR (RRB)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR AN ORDER CONSOLIDATING THIS CASE WITH A05-0005 CR (JWS)** |

      Brian Brown asks this court for an order on shortened time consolidating this case with *United States v. Brian Keith Brown,* A05-0005 CR (JWS).  Consolidation is appropriate because it facilitates judicial economy.  This case adds an 18 U.S.C. § 924(c) count to a course of conduct already alleged in A05-0005 CR (JWS).  Mr. Brown has pleaded guilty in A05-0005 CR (JWS) and a presentence report which details the conduct in this case has already been prepared.  Sentencing in A05-0005 CR (JWS) is presently scheduled for April 5, 2006.

      The government does not oppose this request.

      This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

Dated at Anchorage, Alaska this 3rd day of February 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on February 3, 2006,
a copy of the *Unopposed Motion on
Shortened Time for an Order
Consolidating this Case with
A05-0005 CR (JWS)*, the *Affidavit of
Counsel*, and the *Proposed Order*
were served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy