UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>    Defendant. | NO. A06-0005 CR (RRB)<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed shortened time request to consolidate this case for sentencing with *United States v. Bryan Keith Brown, Jr.*, A05-0005 CR (JWS);

It is hereby ordered that the motion is granted. This case shall be consolidated with *United States v. Bryan Keith Brown, Jr.*, A05-0005 CR (JWS) for purposes of sentencing.

DATED this _____ day of February 2006, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE