Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>  Defendant. | NO. A06-0005 CR (RRB)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Bryan Brown.

2. Mr. Brown has filed a notice of intent to change his plea in this case.

3. The purpose of this motion is to ask that this case be consolidated for sentencing purposes with *United States v. Bryan Keith Brown, Jr.*, A05-0005 CR (JWS).

4. A05-0005 CR (JWS) charged Mr. Brown with one count of distribution of cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

5. Mr. Brown pleaded guilty to this count, a presentence report has been prepared, and sentencing is set for April 5, 2006.

6. This presentence report details as relevant conduct the allegations contained in the indictment in this case and adds one 18 U.S.C. § 924(c) count to the mix. This count will require a consecutive 60 months to the conduct alleged in A05-0005 CR (JWS).

7. Consolidation of this case with A05-0005 CR (JWS) will conserve judicial resources because the addition of a § 924(c) count will only require minor changes to an already prepared presentence report in A05-0005 CR (JWS).

8. If consolidation is granted, Mr. Brown will be asking that the consolidated sentence be advanced from April 5, 2006, to an earlier date convenient to the court and counsel.

9. On February 1, 2006, I spoke to Assistant U.S. Attorney Frank Russo. Mr. Russo indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 3rd day of February 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Brian Keith Brown, Jr.*
Case No. A06-0005 CR (RRB)                                                                 Page 2