**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

　UNITED STATES OF AMERICA　 v. 　BRIAN K. BROWN, JR.　

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                    CASE NO. 　3:06-cr-00005-RRB　

　Pam Richter　

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 6, 2006

　　　By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 3:06-cr-00005-JWS.

[]{IQ1.WPD*Rev.12/96}