**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA     v.     BRIAN K. BROWN, JR.

THE HONORABLE JOHN W. SEDWICK          CASE NO.   3:06-cr-00005-JWS

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court will conduct a proposed change of plea proceeding at 9:30 AM on Thursday, February 9, 2006.

The motion to consolidate sentencing in this case with the sentencing in 3:05-cr-005, USA v. Brian Keith Brown, at docket 10 is **GRANTED**.

DATE:  February 6, 2006                  ENTERED AT JUDGE'S DIRECTION
                                         INITIALS:  prr
                                                Deputy Clerk

[FORMS*IA*]