MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *BRIAN K. BROWN, JR.*

THE HONORABLE JOHN W. SEDWICK	CASE NO. 3:06-cr-00005 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**	Date:  March 2, 2006

The sentencing proceeding in this matter is **CONTINUED** from April 5, 2006 to **April 12, 2006,** at **8:30 AM.**