UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____    U.S. District Court # **3:06-cr-0005-JWS**

Short Case Title/  **U.S. v. Brian K. Brown, Jr.**                    RECEIVED

Date Notice of Appeal Filed by Clerk of District    04/18/2006 (D#21)

APR 2 4 2006

Section A - To Be Completed by Party Ordering Transcript

CLERK U.S. DISTRICT COUR
ANCHORAGE ALASK

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| 02/09/2006 | AMK | Change of Plea Hearing |
| 04/12/2006 | RMC | OTHER: Imposition of Sentence |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all
counsel of this intention. As retained counsel (or litigant proceeding in pro per), I
request a copy of the transcript and guarantee payment to the reporter of the cost thereof
upon demand. I further agree to pay for work done prior to cancellation of this order. I
have attached a completed AO-435, Transcript Order Form, to this designation for purposes
of ordering the transcript(s).

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this
intention. The transcripts have previously been produced and are already on file with the
court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this
intention.

(XX)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing
preparation of the transcript at the expense of the United States has been, or within 5
days hereof will be, obtained and delivered to the Court. I agree to recommend payment for
work done prior to cancellation of this order.

Date Transcript Ordered  04/24/2006    Estimated Date for Completion    six weeks

Signature of Attorney  _Kevin F. McCoy_    Phone Number    646-3400

Address    Kevin F. McCoy, Assistant Federal Defender

550 West 7th Avenue, Suite 1600

Anchorage, AK  99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
        (Signature of Court Reporter)

( )  Arrangements for payment were made on _____

( )  Arrangements fo payment have not been made pursuant to FRAP 10 (b).
        Approximate Number of Pages _____ Due

Date_____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____  Court Reporter's Signature_____