UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
MAY 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v Brian K. Brown, Jr.
Court of Appeals No. (leave blank if unassigned): __6-30248__
U.S. District Court Judge Name and Case No.: John W. Sedwick; 3:06-cr-00005-JWS
Date Complaint/Indictment/Petition Filed: 1/18/06
Date Appealed Order/Judgment *entered*: 4/17/06
Date NOA *filed*: 4/18/06
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: Robin Carter; (907) 677-6127

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __     Date Docket Fee billed: __
Date FP granted: __          Date FP denied: __
Is FP pending? no            Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: __3:05-cr-00005-JWS__

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Kevin McCoy                           Frank Russo
Federal Public Defender               Assistant U.S. Attorney
550 W 7th Avenue, Suite 1600          222 W 7th Avenue, #9
Anchorage, AK 99501                   Anchorage, AK 99513
kevin_mccoy@fd.org                    Frank.Russo@usdoj.gov
ph: 907-646-3400                      ph: 907-271-5071
fax: 907-646-3480                     fax: 907-271-1500

__retained   __CJA   X FPD   __FPD   __Other Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __              Address: __
Custody: yes
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __     9th Circuit Docket Number: __

Name and phone number of person completing this form: Pam Richter
                                                      (907) 677-6125