**FILED**

UNITED STATES COURT OF APPEALS

MAY 11 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | Nos. 06-30248, 06-30249 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-06-00005-JWS |
| v. | District of Alaska, Anchorage |
| BRIAN K. BROWN, JR., a.k.a. Breezy, | ORDER |
| Defendant - Appellant. | |



The appellant's motion to consolidate case Nos. 06-30248 and 06-30249 is granted. The previously established briefing schedule remains in effect.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 5.8