FILED

DEC 27 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

JAN 22 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BRIAN K. BROWN, JR., a.k.a. Breezy, <br><br> Defendant - Appellant. | No. 06-30248 <br><br> D.C. No. CR-06-00005-a-JWS <br><br> MEMORANDUM* |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BRIAN K. BROWN, JR., a.k.a. Breezy, <br><br> Defendant - Appellant. | No. 06-30249 <br><br> D.C. No. CR-05-00005-a-JWS |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

Submitted December 21, 2006**

Before:   GOODWIN, WALLACE, and LEAVY, Circuit Judges.

Brian Keith Brown, Jr. appeals from the 135-month sentence imposed following his guilty-plea conviction for distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), and from the 60-month sentence imposed following his guilty-plea conviction for possession of firearms in furtherance of drug trafficking in violation of 18 U.S.C. § 924(c)(1)(A)(i). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Brown, an African-American, contends that his sentence is unreasonable because the district court judge failed to consider the racially disparate sentencing impact between cocaine base ("crack") and cocaine powder. We reject Brown's contention.

A review of the record demonstrates that Brown's sentence was reasonable. Even though the district court judge did not consider the disparate impact that crack cocaine sentences have on the African-American community, he conducted a thorough analysis of the sentencing factors listed under 18 U.S.C. § 3553(a), as is required, before sentencing Brown to the low end of the Guidelines range. *See*

---

   **   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*United States v. Plouffe*, 445 F.3d 1126, 1128 (9th Cir.), *cert. denied*, 126 S. Ct. 2314 (2006).

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 1 8 2007

by: [signature]
Deputy Clerk