Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>Defendant. | NO.   3:06-cr-0005-JWS<br><br>**MOTION TO REDUCE SENTENCE**<br><br>**(18 U.S.C. § 3582(c)(2))** |

Brian K. Brown, Jr. asks this court for an order reducing his sentence by 15 months, from 135 months to the statutorily required mandatory minimum sentence of 120 months. The proposed reduction is appropriate because the retroactive amendment to the crack cocaine guideline reduces Mr. Brown's total adjusted offense level from offense level 31 to offense level 29. At criminal history category 29, Mr. Brown confronts an advisory sentencing guideline range of 108 to 135 months. It is necessary to limit the reduction to 15 months because 21 U.S.C. § 841(b)(1)(A) requires a mandatory minimum sentence of 120 months for the offense of conviction in this case.

This motion is filed pursuant to 18 U.S.C. § 3552(c)(2), the retroactive amendment to the cocaine base guidelines, effective March 3, 2008, and the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 18th day of August 2008.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on August 18, 2008,
a copy of the **Motion to Reduce Sentence (18 U.S.C. § 3582(c)(2))**
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy