```
 1                UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3  UNITED STATES OF AMERICA,  )  Case 3:05-cr-00005-JWS
                               )       3:06-cr-00005-JWS
 4          Plaintiff,         )
                               )  Anchorage, Alaska
 5      vs.                    )  Wednesday, April 12, 2006
                               )  8:35 o'clock a.m.
 6  BRIAN K. BROWN, JR.        )
                               )
 7          Defendant.         )
                               )  IMPOSITION OF SENTENCE
 8  _____)

 9              TRANSCRIPT OF PROCEEDINGS

10      BEFORE THE HONORABLE JOHN W. SEDWICK
             UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  For the Plaintiff:      FRANK RUSSO
                            Assistant U.S. Attorney
13                          U.S. Attorney's Office
                            222 West 7th Avenue, #9, Room 253
14                          Anchorage, Alaska  99513-7567
                            (907) 271-5071
15
    Probation Officer:      PAMELA SHAW
16                          U.S. Probation/Pretrial Services
                            222 West 7th Avenue, #48, Room 168
17                          Anchorage, Alaska  99513-7562
                            (907) 271-5492
18
    For the Defendant:      KEVIN F. MCCOY
19                          Assistant Defender
                            Federal Defender's Office
20                          550 West 7th Avenue, Suite 1600
                            Anchorage, Alaska  99501
21                          (907) 646-3400

22  Court Recorder:         ROBIN M. CARTER
                            U.S. District Court
23                          222 West 7th Avenue, #4, Room 229
                            Anchorage, Alaska  99513-7564
24                          (907) 677-6127

25
```

1  a right to speak.  If you wish to, now is the time.
2          THE DEFENDANT:  Yeah.  Yeah.  I mean, I know
3  everything -- that the PSR and everything's making me look real
4  bad.  I know that's their guys -- their job to make look bad
5  and everything.  Well, all -- I mean, I wanted to say that -- I
6  mean, all the reasons for everything about the rehabilitation,
7  I do think I'm rehabilitation -- you know, I can be
8  rehabilitated, you know what I mean.  But it's like -- about
9  the cooperation thing and all that, it's -- I'm taking full
10 responsibility for what I did, you understand what I'm saying.
11 I don't want to take -- fall for anybody else for what they're
12 doing out there on the streets and everything.  I mean, if
13 anybody else is doing them, that's them guys's -- I guess
14 that's your job -- your guys's job to catch them or whatever.
15         But I think I'm going to take full responsibility for
16 my job -- for what I did, for everything I was doing.  And
17 like -- it seemed like all my life, that's the thing that --
18 all these things I was doing, I was taught these things, I was
19 raised to -- you know what I'm saying, to believe that money
20 was the main thing in my life, that's what I wanted to do.
21 Everything was -- it was just glamorized, you know what I'm
22 saying.  It's all -- it's just -- all the generations of my
23 life, that's how it's been.  Just doing this, doing the same
24 thing, doing the same thing.  So I was raised to think these
25 things, just to live this way, you know what I mean.

1          So when I get locked up in a situation, just kind -- it
2  kind of like -- it kind of just -- it does kind of weigh my
3  up -- you know what I'm say -- I know -- and then you guys
4  (indiscernible) any kind of time they're facing, any kind of
5  time.  So I don't think you guys really feel what I'm trying to
6  say.  It's like, it kind of woke me up, you understand what I'm
7  saying.  I'm sitting here in jail, I'm looking at all this
8  time, and I don't know what to do (indiscernible) lost so many
9  things.
10         But since I've been down, I've been making a lot of --
11 you know, I've been thinking a lot about my kids, how I want to
12 raise my kids.  I don't want my kids to go through the same
13 thing I've been going through in my life.  I mean, because it's
14 cycles, been doing the same thing over and over for all -- all
15 our generations in my family, you know what I'm saying.  And
16 I'm looking at it like, man, I'm looking -- I want to stop that
17 cycle, you understand what I'm saying.  It's like -- because
18 my -- I mean, my kids, I got two kids out there, and I don't
19 want them to go through the same thing I -- you know, that I --
20 been going through all my life.  My little brothers and my
21 sisters, I see them following the same path that I follow, and
22 I don't want them to do that, you know what I'm saying.
23         And I thought when I was out there, I could stop it,
24 but -- you know what I mean, but I got caught up in it, you
25 know, because I didn't have no criminal history.  A category 3,

1  I mean, that's small, you know what I mean.  I did a juvenile
2  when I was -- I was real young, I got in trouble for something.
3  And that's ridiculous, how this is talking about my category
4  (indiscernible).  But since I've been down, I've been thinking
5  a lot about my life, man, I don't think a -- I mean, I know
6  this is not the -- I want it to -- the way I want it to go.
7         So 15 years, I'm going to just -- I mean -- it's
8  looking like -- what it is looking like -- or 16, or whatever
9  you guys are trying to give me, I'm looking at and I have to
10 take it as it is.  But I'm looking at this as a learning
11 experience.  I'm going to move on from this.  Every -- I tell
12 my family all the time, this thing that I'm in here right now
13 for, I'm looking at this like a school, you know what I mean,
14 for me, so I can learn out there, so I can better myself, so I
15 can go out there and be somebody.  Because I don't want to end
16 up coming back in here.  Because I mean, it's just a -- it's a
17 cycle that never ends.
18        I see how a lot of people are talking about they get
19 out on probation, they come right back, and they always want to
20 talk about doing the same thing over and over.  And I hear
21 these guys and I'm like -- I mean, dang, does it ever end; you
22 understand what I'm saying.  So I mean, since I've been down, I
23 got introduced to the Lord Jesus Christ.  I know you guys all
24 heard (indiscernible), this is the person I gave my life to
25 right now.  I'm really studying to this word a lot, you

1  understand what I'm saying.  So that -- that's where I'm at
2  right now.
3         This is not a game to me, you know.  And I've been
4  learning a lot more about life, you understand.  So -- and the
5  life is more than just, you know, the things I was doing about
6  getting money, just -- you know, it's not even about me
7  anymore, you know what I'm saying.  So I've been thinking a
8  lot, just pleasing God and learning about this right now.  And
9  I don't know how close you guys are to the Lord, but tell you
10 the truth, this is -- everybody needs to be.  I know you guys
11 are judges and lawyers and prosecutors, and whatever.  I mean,
12 I know all you guys (indiscernible) probably be cool in your
13 eyes and everything, but I think everybody needs to turn to
14 God, tell you the truth.  That's just kind of (indiscernible) I
15 wanted to bring up myself.
16        So that's where I'm at right now with this whole
17 situation.  I'm just trying to stay focused and learn from this
18 experience.  I'm not trying to keep coming back and doing the
19 same thing over and over again.  That's just it.
20        THE COURT:  Thank you, Mr. Brown.  As I indicated at
21 the outset of this proceeding, a sentence that the Court
22 imposes in a case like this one or virtually any case that
23 comes before this Court for sentencing must be a sentence that
24 complies with 18 United States Code, Section 3553(a).  That
25 requires the Court to consider the nature and circumstances of