```
HER3X                    *    PROGRESS REPORT           *    02-22-2008
PAGE                                                         08:51:39
RSP OF: HER HERLONG FCI              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        741-925 ACCESS ROAD A-25
        HERLONG, CA 96113
        530 827-8000
NAME: BROWN, BRIAN K JR              REGNO: 15100-006 AGE(DOB): 24/11-28-1983
```

| INMATE REVIEWED/SIGNATURE | DATE 2/22/08 | STAFF SIGNATURE |
|---|---|---|

```
TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
    MEDIUM    /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

  21:841(A)(1) & (B)(1)(A) - DISTRIBUTION OF COCAINE BASE
    135 MONTHS                          /     5 YEARS

  18:924(C)(1)(A)(I) - POSSESSION OF FIREARMS IN FURTHERANCE
  OF DRUG TRAFFICKING
    60 MONTHS                           /     5 YEARS

DATE COMPUTATION BEGAN: 04-12-2006
```

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0   /0   /0 | 108 | M:     22  D: 11 |
|  |  | + 378    JC - 0         INOP |

```
PROJECTED RELEASE DATE: 05-26-2019  |PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: None
```

-------------------------- INSTITUTIONAL ADJUSTMENT --------------------------

Inmate Brown arrived at FCI Herlong on June 14, 2006, as an initial classification. Inmate Brown has been able to adjust to the institutional environment and is not considered a management problem.

A.  PROGRAM PLAN: Unit Team has recommended that inmate Brown participate in the following Release Preparation courses immediately: Accelerated Reading Program, LCC College Courses, Physical Fitness, Career Choices, Living on a Budget, Community Resources, Conditions of Supervision, and Cognitive Thinking.

B.  WORK ASSIGNMENTS: Inmate Brown has been receiving good performance evaluations as a Hospital Orderly. He also recently started a pilot program within Health Services that allows him to gain experience as a Dental Assistant.

```
DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                      BP-CLASS-3
```

```
NAME:  BROWN, BRIAN K JR            REGNO: 15100-006

INST   WORK ASSIGNMENT                      START DATE    STOP DATE

HER    HSA ORD    HOSPITAL ORDERLY          01-02-2008    CURRENT
HER    LAUNDRY    LAUNDRY                   10-17-2007    01-02-2008
HER    COMPD AM   FCI COMPOUND AM           07-23-2007    10-17-2007
HER    VACATION   VACATION                  07-16-2007    07-23-2007
HER    COMPD AM   FCI COMPOUND AM           12-12-2006    07-16-2007
HER    KITCHEN PM KITCHEN P.M.              10-25-2006    12-12-2006
HER    DIN HAL PM DINING HALL P.M.          10-11-2006    10-25-2006
HER    FS NEWASGN FOOD SERVICE NEW ASSIGN   10-11-2006    10-11-2006
HER    COMPD AM   FCI COMPOUND AM           07-11-2006    10-11-2006
HER    DIN HAL AM DINING HALL A.M.          06-30-2006    07-11-2006
HER    FS NEWASGN FOOD SERVICE NEW ASSIGN   06-27-2006    06-30-2006
HER    A&O COMPLT A&O COMPLETED             06-21-2006    06-29-2006
HER    A&O        A&O PARTICIPANT OR ENROLLED 06-14-2006  06-21-2006
SHE    FDC UNASSG UNASSIGNED - FDC          06-02-2006    06-13-2006
```

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Brown has completed several college level courses through Lassen County Community College. In addition, he has completed restaurant ownership, Spanish, fitness/body conditioning, communication class, general psychology, Greek mythology, anger management, and several recreational courses.

```
---------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
HER  ESL HAS     ENGLISH PROFICIENT         06-21-2006 1839 CURRENT
HER  GED HAS     COMPLETED GED OR HS DIPLOMA 06-28-2006 0836 CURRENT

---------------------------- EDUCATION COURSES -------------------------------
SUB-FACL DESCRIPTION                 START DATE STOP DATE  EVNT AC LV  HRS
HER      ART APPRECIATION-LCC        01-07-2008 CURRENT
HER      ENGLISH PREREQUISITE-LCC    01-07-2008 CURRENT
HER      BASIC WRITING-LCC           08-20-2007 CURRENT
HER      HUMAN SERVICES-SUB TREAT LCC 01-07-2008 CURRENT
HER      MATH 102-LCC                08-20-2007 CURRENT
HER      MATH 51(AA DEGREE)-LCC      01-07-2008 CURRENT
HER      POLITICAL SCIENCE-LCC       08-20-2007 CURRENT
HER      BUSINESS OWNERSHIP (RPP3)   08-14-2007 09-06-2007  P  C  P   24
HER      VOCABULARY I (RPP6)         10-01-2007 10-24-2007  P  C  P   16
HER      BEGINNING CHESS (RPP6)      10-09-2007 12-17-2007  P  C  P   10
HER      DRUG EDUCATION - 30HR (RPP1) 10-25-2007 11-28-2007 P  C  P   30
HER      BASIC ALGEBRA (RPP6)        07-31-2007 09-20-2007  P  C  P   12
HER      INTRO TO SOC-LCC            06-14-2007 08-17-2007  C  C  P    0
HER      ANGER MANAGEMENT I (RPP6)   08-02-2007 08-02-2007  P  C  P   10
HER      PRINCIPLES OF PSYCH-LCC     01-18-2007 07-05-2007  C  C  P    0
HER      HIST16-PRE CIVIL WAR-LCC    01-18-2007 07-05-2007  C  C  P    0
HER      STAYING CLEAN (RPP6)        03-29-2007 07-03-2007  P  C  P   24
HER      BASIC MATH 1 (RPP6)         05-15-2007 06-19-2007  P  C  P   10
HER      CONVERATIONAL SPANISH (RPP6) 02-03-2007 04-25-2007 P  C  P   20
HER      GREEK MYTHOLOGY (RPP6)      02-20-2007 04-14-2007  P  C  P    8
HER      RESTAURANT OWNERSHIP (RPP3) 02-12-2007 03-05-2007  P  C  P   12
HER      WORLD RELIGIONS (RPP2)      08-21-2006 12-19-2006  C  C  P    0
HER      GENERAL PSYCH (RPP2)        08-21-2006 12-19-2006  C  C  P    0
HER      SPANISH 1 (RPP6)            11-10-2006 01-29-2007  P  C  P   20
HER      FITNESS/BODY COND. (RPP1)   08-08-2006 08-08-2006  P  C  P   48
HER      COMMUNICATION CLASS (RPP6)  09-05-2006 09-12-2006  P  C  P    6
HER      HEALTHY LIFESTYLES I (RPP1) 06-12-2006 09-11-2006  P  C  P   30
```

D. COUNSELING PROGRAMS: Inmate Brown has participated and completed in Anger Management, Staying Clean and the 30-hour Drug Program.

E. INCIDENT REPORTS: Inmate Brown has not received any incident reports while at FCI Herlong.

NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

```
NAME: BROWN, BRIAN K JR            REGNO: 15100-006

F.  INSTITUTIONAL MOVEMENT: (SENTRY WILL CAPTURE INMATE MOVEMENT)

INSTITUTION   ASSIGNMENT   REASON FOR MOVEMENT           EFFECTIVE DATE
HER           A-DES        US DISTRICT COURT COMMITMENT  06-14-2006
```

G. PHYSICAL AND MENTAL HEALTH: Records indicate Brown has regular duty status with no medical restrictions. Inmate Brown should be considered employable within an institutional setting and upon release from custody. There are no indications of any current mental or emotional problems.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: At the time of sentencing, a $100 felony assessment was imposed in this case. **Inmate Brown has completed his financial obligations and is considered FRP Complete.**

```
FRP ASSIGNMENT                          START DATE
COMPLT        FINANC RESP-COMPLETED     10-16-2006
```

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS: Inmate Brown will be given the opportunity to participate in this program prior to his release from custody. Any courses completed between now and the time of his release will be counted toward his release preparation. This program consists of the following components: Health and Nutrition, Employment, Personal Finance/Consumer Skills, Information/Community Resources, Release Requirements and Procedures, and Personal Growth and Development. He will be considered for CCC Placement 11-13 months prior to his release from custody.

```
CMA ASSIGNMENT (REL PREP)               START DATE
RPP NEEDS     RELEASE PREP PGM NEEDS    09-13-2006
```

PRE-RELEASE PREP DATE:  11-26-2018

RESIDENCE:  Unavailable at this time

EMPLOYMENT: Unavailable at this time

USPO: District of Alaska - USPO to be determined

J. RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
  CURRENT CONVICTION FOR A CRIME OF VIOLENCE
  CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

  18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

  ( ) YES  (X) NO
  18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED
  DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY:  RENO C - K. ROBL    CASE MANAGER (DATE)  2/22/08

DATE TYPED:  2-22-2008

REVIEWED BY:  RENO R. HOWARD-MUMFORD   UNIT MANAGER (DATE)  2/22/08