

Exhibit C - Part 1
Page 1 of 10

*Certificate of Certification*

**FCI HERLONG**
**ADULT CONTINUING EDUCATION PROGRAM**

Has successfully completed the following course during the

**Vocabulary Upgrade**

This certificate is hereby issued on the Twenty-ninth day of October 2007.

_____
A.C.E. COORDINATOR

_____
SUPERVISOR OF EDUCATION

Exhibit C - Part 1
Page 2 of 10



F.C.I. Herlong, California

# LIVING SOBER

## CERTIFICATE OF COMPLETION

This certifies that

**Brian Brown**

Has successfully completed the Living Sober Class.

May 31, 2007 at the Federal Correctional Institution
Herlong, California

E. Longmore
D.T.S.

L. Russell, Ph.D.
Acting DAPC / Staff Psychologist

Exhibit C - Part 1
Page 3 of 10



Exhibit C - Part 1
Page 4 of 10



F.C.I. Herlong, California

# ANGER MANAGEMENT
## CERTIFICATE OF COMPLETION

This certifies that

**Brian Brown**

Has successfully completed the Anger Management Class.

August 2, 2007 at the Federal Correctional Institution
Herlong, California

C. Mathieu, Ph.D.
Chief Psychologist

E. Longmore
D.T.S.

Exhibit C - Part 1
Page 5 of 10



Certificate of Certification

FCI HERLONG EDUCATION DEPARTMENT
ADULT CONTINUING EDUCATION PROGRAM

that Sam-Bra, Bostian

Has successfully complete the following course during the Fall of 2007.

This certificate is hereby issued on the Twentieth day of September 2007.

_____
SUPERVISOR OF EDUCATION

_____
A.C.E. COORDINATOR

Exhibit C - Part 1
Page 6 of 10

# Certification

**FCI HERL... ...RTMENT**
**ADULT C... ...ROGRAM**

This is to certify that

## Sean Von-Bro...

Has successfully complete the following course during the

### Business ...rship

This certificate is hereby issued on the Twentieth day of September 2007.

_____
A.C.E. COORDINATOR

_____
SUPERVISOR OF EDUCATION

Exhibit C - Part 1
Page 7 of 10

# Brian Brown

### has successfully completed

## Staying Clean Without Soap

Federal Correctional Institution
Herlong, California

July 3, 2007

_E. Longmore_
Drug Abuse Treatment Specialist

_L. Russell, Ph.D._
Staff Psychologist/Acting DAPC

Exhibit C - Part 1
Page 8 of 10

*Mr. Brian Brown*

has successfully completed

Ψ

*Communication Skills*

Federal Correctional Institution
Herlong, California

September 12, 2006

O. Shannon, DTS Instructor
Non-Residential Drug Abuse Program

This certifies that

*Browm Brian*

is presented this Certificate of Recognition for Completion of Thirty Hours in

# HEALTHY LIFESTYLE I

from the

## Recreation Department

September 11, 2006
Date

**FCI/FPC HERLONG**

*E. Fuentes*, Sports Specialist



Exhibit C - Part 1
Page 10 of 10