# Certification

**FCI HERLONG EDUCATION DEPARTMENT**
**ADULT CONTINUING EDUCATION PROGRAM**

This is to certify that

*Adan Bro[...]*

Has successfully complete the follow@wise during the Spring Quarter

**Conversational Spanish**

This certificate is hereby issued on the First day of May 2007.

_____
SUPERVISOR OF EDUCATION

_____
A.C.E. COORDINATOR

Exhibit C - Part 2
Page 11 of 20



Certification
FCI HERLONG EDUCATION DEPARTMENT
ADULT CONTINUING EDUCATION PROGRAM

...that
Brian Brown

Has successfully complete the following course during the
Spring Quarter

Greek Mythology

This certificate is hereby issued on the Fourteenth day of April 2007.

_____
SUPERVISOR OF EDUCATION

_____
A. C. E. COORDINATOR

Exhibit C - Part 2
Page 12 of 20

# Certification

**FCI HERLONG EDUCATION DEPARTMENT**
**ADULT CONTINUING EDUCATION PROGRAM**

Certifies that

*Brian Brown*

Has successfully complete the following course during the
2007 Spring Quarter

## Restaurant Ownership

This certificate is hereby issued this Fourteenth day of March 2007.

_____
A. C. E. COORDINATOR

_____
SUPERVISOR OF EDUCATION

Exhibit C - Part 2
Page 13 of 20

*Certificate of Certification*

FCI HERLONG EDUCATION DEPARTMENT
ADULT CONTINUING EDUCATION PROGRAM

Certifies that

*Brian Brown*

Has successfully complete the following course during the 2006 Fall Quarter

*Spanish I*

This certificate is hereby issued this Twenty-eighth day of January 2007.

_____
SUPERVISOR OF EDUCATION

_____
A. C. E. COORDINATOR

Exhibit C - Part 2
Page 14 of 20



# Certificate of Achievement

**BRIAN BROWN**

FOR RECOGNITION OF COMPLETING

**250 POINTS**

IN THE ACCELERATED READER PROGRAM

**YOU DID IT!**

HERLONG, CALIFORNIA

Exhibit C - Part 2
Page 15 of 20

# CERTIFICATE of ACHIEVEMENT

*Reno*

THIS CERTIFIES THAT

## BRIAN BROWN

AFTER COMPLETING TYPING INSTRUCTION AT FCI HERLONG CAN TYPE AT A RATE OF 17 WPM WITH 100% ACCURACY

THIS CERTIFICATE IS HEREBY ISSUED THIS 19TH DAY OF JUNE, 2008

_____
P. Hanson, Supervisor of Education

_____
M. Erhardt, VT Instructor

Exhibit C - Part 2
Page 16 of 20



Exhibit C - Part 2
Page 17 of 20



# Certificate of Achievement

This certifies that

BRIAN BROWN

has satisfactorily completed

CHESS CLASS

Consisting of ___10___ **Hours of Training**

This certificate is hereby issued this ___15TH___ day of ___JANUARY___, 20 ___08___.

Exhibit C - Part 2
Page 19 of 20



# CERTIFICATE OF ACHIEVEMENT
## FCI HERLONG RECREATION DEPARTMENT

This Certifies That

**Brian Brown**

has successfully completed the following case during the 2008 summer quarter

**Guitar 1**

This certificate is hereby issued on the tenth day of June 2008

R. Carruth, Supervisor of Recreation

R. Fuentes, Sports Specialist

Exhibit C - Part 2
Page 20 of 20