Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>Defendant. | NO.    3:06-cr-0005-JWS<br><br>*ERRATA* TO MOTION TO REDUCE SENTENCE (Docket No. 33) |

Brian K. Brown, Jr. notifies the court that his Motion to Reduce Sentence, filed August 18, 2008, at Docket No. 33, was inadvertently filed in the wrong case.  It was filed in Case No. 3:06-cr-0005-JWS, and should have been filed in Case No. 3:05-cr-0005-JWS.  Please disregard the motion filed at Docket No. 33.

DATED at Anchorage, Alaska this 18th day of August 2008.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:            907-646-3480
E-Mail:       kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on August 18, 2008,
a copy of the ***Errata to Motion to Reduce Sentence (18 U.S.C. § 3582(c)(2))***
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy