Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KEITH BROWN, JR.,<br><br>Defendant. | NO. 3:06-cr-0005-JWS<br><br>*ERRATA* TO MEMORANDUM IN SUPPORT OF MOTION TO REDUCE SENTENCE  (Docket No. 34) |

      Brian K. Brown, Jr. notifies the court that his Memorandum in Support of Motion to Reduce Sentence, filed August 18, 2008, at Docket No. 34 was inadvertently filed in the wrong case. It was filed in Case No. 3:06-cr-0005-JWS, and should have been filed in Case No. 3:05-cr-0005-JWS.  Please disregard the motion filed at Docket No. 34.

      DATED at Anchorage, Alaska this 18th day of August 2008.

      Respectfully submitted,

      s/Kevin F. McCoy
      Assistant Federal Defender
      601 West Fifth Avenue, Suite 800
      Anchorage, AK 99501
      Phone:       907-646-3400
      Fax:            907-646-3480
      E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on August 18, 2008,
a copy of the *Errata to Memorandum in Support of Motion to Reduce Sentence* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy